FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2015

No. 04-14-00720-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF N.D.**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-3263
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

The Appellant's Motion to Suspend Rules of Appellate Procedure and to Consolidate Cases for Purposes of Appeal is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2015.

_____
Keith E. Hottle
Clerk of